IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TRACE CLARK and DYLAN LUFF, Each                                    PLAINTIFF
Individually and on Behalf of All Others Similarly Situated


vs.                               Case No. 17-5082


7 FOLD TECHNOLOGIES, LLC                                           DEFENDANT


CLERK'S ORDER OF DISMISSAL

On this 21st day of August, 2017, the parties hereto having filed a Stipulation of

Dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.


AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK



By:/s/   Teri Gunderson
        Deputy Clerk